# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT
# NORTHERN DIVISION

**SURINDER SINGH**                                                                                            **PLAINTIFF**

**VS.**                                                **CAUSE NO.**    3:21-cv-164-CWR-LGI

**B4B TRUCK, INC. a/k/a A ONE TRANSPORT**
**AND POONI SINGH**                                                     **DEFENDANTS**

## NOTICE OF REMOVAL

**TO:**        Joe N. Tatum
              Tatum & Wade, PLLC
              P.O. Box 22688
              Jackson, Mississippi  392225-2688

              Zack Wallace
              Hinds County Court Clerk
              P.O. Box 327
              Jackson, MS  39205

In accordance with 28 U.S.C. § 1446(b), you are hereby notified that the Defendants, B4B Truck, Inc. a/k/a A One Transport and Pooni Singh, have removed this action from the Circuit Court of the First Judicial District of Hinds County, Mississippi, to the United States District Court for the Southern District of Mississippi, Northern Division, and support this removal as follows:

       1.        On May 5, 2020, the Plaintiff, Surinder Singh, filed his Complaint against B4B Truck, Inc. a/k/a A One Transport and Pooni Singh, in the Circuit Court of the First Judicial District of Hinds County, Mississippi.  A copy of the state court file is attached hereto as Exhibit "A."

       2.        The instant Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

       3.        The aforementioned civil action is one of which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. § 1332, and the action may be removed to this Court by

the Defendants pursuant to the provisions of 28 U.S.C. § 1441(a) and 28 U.S.C. § 1446(b) since it is a civil action wherein diversity of citizenship exists and wherein the matter in controversy appears to exceed the sum or value of $75,000.00.  While the Complaint pleads an unspecified total amount of damages, the Plaintiff has denied in his Responses to Defendants' First Set of Admissions that he is not seeking damages totaling more than $75,000.00 from the Defendants.  Accordingly, the jurisdictional amount in controversy is satisfied.  28 U.S.C. § 1446(b) & (c).  The responses were served on February 5, 2021.

4. Diversity of citizenship does exist in this case.  The Plaintiff alleges in his Complaint that he is a resident of the First Judicial District of Hinds County, Mississippi.  *See* Exhibit A, Complaint and Amended Complaint at ¶ 1.  Defendant B4B Trucks, Inc. a/k/a A One Transport is incorporated in and has its principal place of business in the State of California, and is, therefore, a citizen of California, and not Mississippi.  *Id.* at ¶ 2.  Defendant Poohi Singh is a resident of the State of California.  *Id.* at ¶ 3.  Hence, complete diversity exists between the Plaintiff and the Defendants.

5. The entire state court record is attached as Exhibit "A."

6. The Plaintiff's Responses to Defendants' First Set of Admissions are attached as Exhibit "B."

7. The Defendants are serving a copy of the Notice of Removal on the Plaintiff through his attorney of record and on the Circuit Clerk of the First Judicial District of Hinds County, Mississippi.

Respectfully submitted, this the 4th day of March, 2021.

               */s/ C. Maison Heidelberg*
               C. MAISON HEIDELBERG, MB #9559
               *Attorney for the Defendants*

OF COUNSEL:

HEIDELBERG PATTERSON WELCH WRIGHT
368 Highland Colony Parkway
207 W. Jackson Street, Suite 200
Ridgeland, MS  39157
601-790-1584 (Direct)
601-790-1588 (General)
601-707-3075 (Facsimile)
mheidelberg@hpwlawgroup.com

## CERTIFICATE OF SERVICE

I, C. Maison Heidelberg, attorney for the Defendants, do hereby certify that I have this day served a true and correct copy of the above and foregoing document via the court's electronic filing system on the following:

> Joe N. Tatum
> Tatum & Wade, PLLC
> P.O. Box 22688
> Jackson, Mississippi  392225-2688

> Zack Wallace
> Hinds County Court Clerk
> P.O. Box 327
> Jackson, MS  39205

THIS, the 4th day of March, 2021.

> /s/ C. Maison Heidelberg
> C. MAISON HEIDELBERG