# Mississippi Electronic Courts
## Seventh Circuit Court District (Hinds Circuit Court - Jackson)
## CIVIL DOCKET FOR CASE #: 25CI1:20-cv-00269-AHW

SINGH v. A ONE TRANSPORT, LLC et al
Assigned to: Adrienne Wooten

**Upcoming Settings:**

None Found

Date Filed: 05/05/2020
Current Days Pending: 301
Total Case Age: 301
Jury Demand: None
Nature of Suit: 182 Negligence - Motor
Vehicle

---

**Plaintiff**
**SURINDER SINGH**

represented by **Joe Nathan Tatum**
Tatum and Wade, PLLC
P. O. Box 22688
JACKSON, MS 39225
601-948-7770
Fax: 601-948-1551
Email: jntatum@aol.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**A ONE TRANSPORT, LLC**

represented by **Maison Heidelberg**
Heidelberg Patterson Welch PLLC
Heidelberg Patterson Welch PLLC
207 West Jackson Street, Suite 200
RIDGELAND, MS 39157
601-790-1588
Email: mheidelberg@hpwlawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**POONI SINGH**

represented by **Maison Heidelberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**B4B Truck, Inc.**

represented by **Maison Heidelberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |


EXHIBIT "A"

| 05/05/2020 | 2 | COMPLAINT WITH DISCOVERY ATTACHED against A ONE TRANSPORT, LLC, POONI SINGH, filed by SURINDER SINGH. (Attachments: # 1 Civil Cover Sheet,) (LC) (Entered: 05/05/2020) |
|---|---|---|
| 05/05/2020 | 3 | SUMMONS Issued to A ONE TRANSPORT, LLC. (LC) (Entered: 05/05/2020) |
| 05/05/2020 | 4 | SUMMONS Issued to POONI SINGH. (LC) (Entered: 05/05/2020) |
| 06/12/2020 | 5 | AMENDED COMPLAINT against B4B Truck, Inc., filed by SURINDER SINGH. (Tatum, Joe) (Entered: 06/12/2020) |
| 06/16/2020 | 6 | SUMMONS Issued to B4B Truck, Inc.. (CW) (Entered: 06/16/2020) |
| 06/16/2020 | 7 | SUMMONS Issued to POONI SINGH. (CW) (Entered: 06/16/2020) |
| 07/07/2020 | 8 | SUMMONS Returned Executed by SURINDER SINGH. POONI SINGH served on 6/25/2020, answer due 7/25/2020. Service type: Certified Mail (Tatum, Joe) (Entered: 07/07/2020) |
| 07/21/2020 | 9 | SUMMONS Returned Executed by SURINDER SINGH. B4B Truck, Inc. served on 6/26/2020, answer due 7/26/2020. Service type: Certified Mail (Tatum, Joe) (Entered: 07/21/2020) |
| 09/01/2020 | 10 | NOTICE of Appearance by Maison Heidelberg on behalf of A ONE TRANSPORT, LLC, POONI SINGH, B4B Truck, Inc. (Heidelberg, Maison) (Entered: 09/01/2020) |
| 09/16/2020 | 11 | ANSWER to 2 Complaint by POONI SINGH. (Heidelberg, Maison) (Entered: 09/16/2020) |
| 09/16/2020 | 12 | NOTICE OF SERVICE of Responses to Request for Admissions by A ONE TRANSPORT, LLC, POONI SINGH, B4B Truck, Inc.. (Heidelberg, Maison) (Entered: 09/16/2020) |
| 09/16/2020 | 13 | NOTICE OF SERVICE of Request for Production of Documents Propounded to Plaintiff, NOTICE OF SERVICE of Interrogatories Propounded to Plaintiff by A ONE TRANSPORT, LLC, POONI SINGH, B4B Truck, Inc.. (Heidelberg, Maison) (Entered: 09/16/2020) |
| 09/16/2020 | 14 | ANSWER to 2 Complaint *by BRB Trucks Inc. aka* by A ONE TRANSPORT, LLC. (Heidelberg, Maison) (Entered: 09/16/2020) |
| 11/23/2020 | 15 | NOTICE OF SERVICE of Responses to Interrogatories by SURINDER SINGH. (Tatum, Joe) (Entered: 11/23/2020) |
| 11/23/2020 | 16 | NOTICE OF SERVICE of Responses to Request for Production by SURINDER SINGH. (Tatum, Joe) (Entered: 11/23/2020) |
| 12/01/2020 | 17 | MOTION for Trial Setting by Plaintiff SURINDER SINGH (Tatum, Joe) (Entered: 12/01/2020) |
| 12/29/2020 | 18 | NOTICE OF SERVICE of Responses to Request for Production by SURINDER SINGH. Related document: 16 Notice of Service of Responses to Request for Production filed by SURINDER SINGH. (Tatum, Joe) (Entered: 12/29/2020) |
| 12/29/2020 | 19 | NOTICE of Hearing re 17 MOTION for Trial Setting by SURINDER SINGH (Tatum, Joe) (Entered: 12/29/2020) |
| 01/08/2021 | 20 | NOTICE OF SERVICE of Request for Admissions Propounded to Plaintiff, Surinder Singh by A ONE TRANSPORT, LLC, POONI SINGH, B4B Truck, Inc.. (Heidelberg, Maison) (Entered: 01/08/2021) |

| 01/11/2021 | 21 | RESPONSE to Motion re 17 MOTION for Trial Setting by A ONE TRANSPORT, LLC, POONI SINGH, B4B Truck, Inc.. (Heidelberg, Maison) (Entered: 01/11/2021) |
| 01/27/2021 | 22 | SCHEDULING ORDER. Signed by Adrienne Wooten on 1/27/21. (MG) (Entered: 01/27/2021) |
| 02/05/2021 | 23 | NOTICE OF SERVICE of Responses to Request for Admissions by SURINDER SINGH. (Tatum, Joe) (Entered: 02/05/2021) |

## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

SURINDER SINGH                                                    PLAINTIFF

VS.                                          CIVIL ACTION NO. $20-269$

A ONE TRANSPORT, LLC AND                                      DEFENDANTS
POONI SINGH

## COMPLAINT WITH DISCOVERY ATTACHED

**COMES NOW**, the Plaintiff Surinder Singh, by and through his attorneys, and

files this Complaint against the Defendants, A One Transport, LLC and Pooni Singh,

and in support of this suit, Plaintiff would show the following facts:

## PARTIES

1.

Plaintiff, Surinder Singh, is an adult resident citizen of the First Judicial District of

Hinds County, Mississippi, whose address is 407 Concord Drive, Clinton, Mississippi

39056.

2.

Defendant, A One Transport, LLC at Fresno, is a California corporation with its

principle place of business at 2105 N Ellendale Avenue, Fresno, California 93722, and

may be served with process by service upon its Registered Agent, Jagjit Singh, 2105 N

Ellendale Avenue, Fresno, California 93722.

3.

Defendant, Poohi Singh, is an adult resident citizen of the state of California who

may be served with process of this Court at 6175 West Menlo Avenue, Fresno,

California 93722  in the time and manner prescribed by statute.

## JURISDICTION AND VENUE

4.

This civil action arises out of the negligent and reckless acts and omissions of Defendants committed in the State of Mississippi against a resident of the State of Mississippi.

5.

This Court has in personam jurisdiction over Defendants pursuant to §13-3-57 of the Mississippi Code.

6.

Venue is proper in the First Judicial District of Hinds County, Mississippi pursuant to §11-11-3 of the Mississippi Code in that one or more of the parties resides in the First Judicial District of Hinds County, Mississippi and the accident occurred in the First Judicial District of Hinds County, Mississippi .

# FACTS

7.

On or about February 9, 2020, Surinder Singh was traveling east bound lane  of I-20 First Judicial District of Hinds County, Mississippi.  At the same time, Pooni Singh was traveling east bound lane of I-20 First Judicial District of Hinds County, Mississippi when he crashed into rear of Surinder Singh's vehicle.

8.

While responsible for the management and control of his vehicle, Pooni Singh, the driver of the vehicle owned or leased by A One Transport, LLC was careless,

2

negligent, grossly negligent and reckless by crashing into Surinder Singh's vehicle. Defendant Pooni Singh had no regard for the safety and convenience of Surinder Singh and caused him great physical pain and mental anguish.

9.

At the above mentioned time and place, Pooni Singh was employed by or was the agent for A One Transport, LLC which was the owner or lessee of the vehicle which collided into Surinder Singh's vehicle.

10.

At the above mentioned time and place, Pooni Singh was the employee of or agent of A One Transport, LLC and was acting in the furtherance of the business of A One Transport, LLC and within the scope of his employment or agency.

11.

Defendant A One Transport, LLC is liable for the negligent, gross negligent and reckless acts of its driver, Pooni Singh.

12.

At all times relevant, Surinder Singh did not contribute to the collision in any manner.

## NEGLIGENCE AND GROSS NEGLIGENCE OF A ONE TRANSPORT, LLC.

13.

Defendant A One Transport, LLC before and at the time of the collision herein, was guilty of negligent and gross negligent acts and/or omissions which include but are not necessarily limited to the following:

    a.    Hiring, supervising and retaining Pooni Singh;

3

b.     Failing to properly train Pooni Singh;

c.     Failing to develop and maintain a fleet management program;

d.     Violating state and federal laws and regulations as to the operation of a
       commercial vehicle;

e.     Failing to develop, implement, and/or enforce reasonable and prudent
       safety policies for the protection and safety of the public;

f.     Failing to adhere to and abide by federal and state laws and regulations in
       regard to the maximum number of driving hours and hours of work for
       drivers;

g.     Failing to perform an adequate pre-employment background check before
       hiring Pooni Singh;

h.     Negligent entrustment of its commercial vehicle to Pooni Singh; and

I.     Other acts of negligence.

## NEGLIGENCE AND GROSS NEGLIGENCE OF POONI SINGH

14.

Disregarding his duty as a motorist, Pooni Singh was guilty of one or more of the

following:

a.     Failure to operate said vehicle with due care and caution for
       the safety of Surinder Singh;

b.     Failure to properly control his vehicle;

c.     Failure to keep a proper look-out and be on the alert;

d.     Failure to drive at a reasonable rate of speed;

e.     Negligently and recklessly creating a hazardous condition;

f.     And other negligent acts or omissions of the Defendant.

g.     Failure to maintain a safe distance between his vehicle and Surinder

       Singh's vehicle.

4

## DAMAGES

### 15.

As a direct and proximate result of the concurrent negligent and reckless acts of Defendants, A One Transport, LLC, Surinder Singh suffered serious injuries and incurred substantial damages and will continue to suffer in the future the following injuries and damages including but not limited to the following:

    a.    Past, present and future doctor, hospital, drug and medical bills;

    b.    Past, present and future mental and emotional distress;

    c.    Past, present and future physical pain and suffering;

    d.    Past and future wage loss; and

    e.    Any other relief which the Court or jury deems just or appropriate based upon the circumstances.

### 16.

The aforesaid acts and omissions of Defendants, A One Transport, LLC and Pooni Singh, constitute intentional, willful, unlawful, reckless conduct and wanton disregard for the rights of Surinder Singh, and for other members of the public utilizing the highways and roads and/or constitute gross negligence and recklessness as to show a total lack of regard for the rights of Surinder Singh, and for other members of the public utilizing the highways and roads which entitles Plaintiff to recover punitive and exemplary damages against Defendants, A One Transport, LLC and Pooni Singh in an amount to be assessed by the Court and/or jury.

## RELIEF DEMANDED

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff demands a judgment of and

from Defendants, A One Transport, LLC and Pooni Singh, jointly and severally as

follows:

      (a)    Actual, compensatory and punitive damages;

      (b)    Pre-judgment and post-judgment interest, and all costs accrued in this action; and

      (c)    Any other relief which the Court or jury deems just and appropriate.

RESPECTFULLY SUBMITTED,

SURINDER SINGH

BY: _____

JOE N. TATUM, MSB #10308

OF COUNSEL:

JOE N. TATUM, MSB #10308
TATUM & WADE, PLLC
POST OFFICE BOX 22688
JACKSON, MS 39225-2688
(601) 948-7770
(601) 948-1551 FAX
JNTATUM@AOL.COM

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

SURINDER SINGH                                                                    PLAINTIFF

VS.                                                  CIVIL ACTION NO. 20-2109

A ONE TRANSPORT, LLC AND                                           DEFENDANTS
POONI SINGH

TO ANY SHERIFF OR OTHER PERSON AUTHORIZED TO SERVE PROCESS:

You are hereby commanded to Summons:

> A One Transport, LLC
> c/o Registered Agent, Jagjit Singh
> 2105 N Ellendale Avenue
> Fresno, CA 93722

NOTICE TO DEFENDANT

THE COMPLAINT ALONG WITH PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR ADMISSIONS WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS BY FILING YOUR ANSWER AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL PROCEDURE.

THIS ANSWER MUST BE FILED AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL PROCEDURE WITHIN THIRTY (30) DAYS OF THE DATE YOU ARE SERVED OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

This the 5th day of May, 2020.

ZACK WALLACE, CLERK
CIRCUIT COURT OF HINDS COUNTY

BY:_____ D. C.

OF COUNSEL:
JOE N. TATUM, MSB #10308
TATUM AND WADE, PLLC
P. O. BOX 22688
JACKSON, MS 39225-2688
(601) 948-7770
JNTATUM@AOL.COM

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

SURINDER SINGH                                                                  PLAINTIFF

VS.                                                          CIVIL ACTION NO. 20-269

A ONE TRANSPORT, LLC AND                                           DEFENDANTS
POONI SINGH

TO ANY SHERIFF OR OTHER PERSON AUTHORIZED TO SERVE PROCESS:

    You are hereby commanded to Summons:

        Poohi Singh
        6175 West Menlo Avenue
        Fresno, California 93722

NOTICE TO DEFENDANT

    THE COMPLAINT ALONG WITH PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR ADMISSIONS WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS BY FILING YOUR ANSWER AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL PROCEDURE.

    THIS ANSWER MUST BE FILED AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL PROCEDURE WITHIN THIRTY (30) DAYS OF THE DATE YOU ARE SERVED OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

    This the 5th day of May, 2020.

ZACK WALLACE, CLERK
CIRCUIT COURT OF HINDS COUNTY

BY:_____ D. C.

OF COUNSEL:
JOE N. TATUM, MSB #10308
TATUM AND WADE, PLLC
P. O. BOX 22688
JACKSON, MS  39225-2688
(601) 948-7770
JNTATUM@AOL.COM

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

SURINDER SINGH                                                    PLAINTIFF

VS.                                              CIVIL ACTION NO. 20-269

B4B TRUCKS, INC. a/k/a A ONE TRANSPORT          DEFENDANTS
AND POONI  SINGH

## AMENDED COMPLAINT WITH  DISCOVERY ATTACHED

**COMES NOW**, the Plaintiff Surinder Singh, by and through his attorneys, and

files this Amended Complaint against the Defendants, B4B Trucks, Inc. a/k/a A One

Transport and Pooni Singh, and in support of this suit, Plaintiff would show the following

facts:

### PARTIES

1.

Plaintiff, Surinder Singh, is an adult resident citizen of the First Judicial District of

Hinds County, Mississippi, whose address is 407 Concord Drive, Clinton, Mississippi

39056.

2.

Defendant, B4B Trucks, Inc. a/k/a A One Transport, is a California corporation

with its principle place of business at 3639 North Brawley Avenue, Fresno, California

93722, and may be served with process by service upon its Registered Agent,

Parminder Singh, 3639 North Brawley Avenue,  Fresno, California 93722.

3.

Defendant, Poohi Singh, is an adult resident citizen of the state of California who

may be served with process of this Court at 6175 West Menlo Avenue, Fresno,

California 93722  in the time and manner prescribed by statute.

## JURISDICTION AND VENUE

4.

This civil action arises out of the negligent and reckless acts and omissions of Defendants committed in the State of Mississippi against a resident of the State of Mississippi.

5.

This Court has in personam jurisdiction over Defendants pursuant to §13-3-57 of the Mississippi Code.

6.

Venue is proper in the First Judicial District of Hinds County, Mississippi pursuant to §11-11-3 of the Mississippi Code in that one or more of the parties resides in the First Judicial District of Hinds County, Mississippi and the accident occurred in the First Judicial District of Hinds County, Mississippi .

# FACTS

7.

On or about February 9, 2020, Surinder Singh was traveling in the east bound lane  of I-20 in the First Judicial District of Hinds County, Mississippi.  At the same time, Pooni Singh was also traveling in the east bound lane of I-20 directly behind the Plaintiff when he crashed into the rear of Surinder Singh's vehicle.

8.

While responsible for the management and control of his vehicle, Pooni Singh,

2

the driver of the vehicle owned or leased by B4B Trucks, Inc. a/k/a A One Transport, was careless, negligent, grossly negligent and reckless by crashing into Surinder Singh's vehicle.  Defendant Pooni Singh had no regard for the safety and convenience of Surinder Singh and caused him great physical pain and mental anguish.

9.

At the above mentioned time and place, Pooni Singh was employed by or was the agent for B4B Trucks, Inc. a/k/a A One Transport which was the owner or lessee of the vehicle which collided into Surinder Singh's vehicle.

10.

At the above mentioned time and place, Pooni Singh was the employee of or agent of B4B Trucks, Inc. a/k/a A One Transport and was acting in the furtherance of the business of B4B Trucks, Inc. a/k/a A One Transport and within the scope of his employment or agency.

11.

Defendant B4B Trucks, Inc. a/k/a A One Transport is liable for the negligent, gross negligent and reckless acts of its driver, Pooni Singh.

12.

At all times relevant, Surinder Singh did not contribute to the collision in any manner.

## NEGLIGENCE AND GROSS NEGLIGENCE OF
## B4B TRUCKS, INC. A/K/A A ONE TRANSPORT.

13.

Defendant B4B Trucks, Inc. a/k/a A One Transport before and at the time of the

3

collision herein, was guilty of negligent and gross negligent acts and/or omissions which include but are not necessarily limited to the following:

    a.    Hiring, supervising and retaining Pooni Singh;

    b.    Failing to properly train Pooni Singh;

    c.    Failing to develop and maintain a fleet management program;

    d.    Violating state and federal laws and regulations as to the operation of a commercial vehicle;

    e.    Failing to develop, implement, and/or enforce reasonable and prudent safety policies for the protection and safety of the public;

    f.    Failing to adhere to and abide by federal and state laws and regulations in regard to the maximum number of driving hours and hours of work for drivers;

    g.    Failing to perform an adequate pre-employment background check before hiring Pooni Singh;

    h.    Negligent entrustment of its commercial vehicle to Pooni Singh; and

    I.    Other acts of negligence.

### NEGLIGENCE AND GROSS NEGLIGENCE OF POONI SINGH

14.

Disregarding his duty as a motorist, Pooni Singh was guilty of one or more of the following:

    a.    Failure to operate said vehicle with due care and caution for the safety of Surinder Singh;

    b.    Failure to properly control his vehicle;

    c.    Failure to keep a proper look-out and be on the alert;

    d.    Failure to drive at a reasonable rate of speed;

    e.    Negligently and recklessly creating a hazardous condition;

4

f.      And other negligent acts or omissions of the Defendant.

g.      Failure to maintain a safe distance between his vehicle and Surinder
        Singh's vehicle.

## DAMAGES

15.

As a direct and proximate result of the concurrent negligent and reckless acts of
Defendants, B4B Trucks, Inc. a/k/a A One Transport and Pooni Singh, Surinder Singh
suffered serious injuries and incurred substantial damages and will continue to suffer in
the future the following injuries and damages including but not limited to the following:

a.      Past, present and future doctor, hospital, drug and medical bills;

b.      Past, present and future mental and emotional distress;

c.      Past, present and future physical pain and suffering;

d.      Past and future wage loss; and

e.      Any other relief which the Court or jury deems just or appropriate based
        upon the circumstances.

16.

The aforesaid acts and omissions of Defendants, B4B Trucks, Inc. a/k/a A One
Transport and Pooni Singh, constitute intentional, willful, unlawful, reckless conduct
and wanton disregard for the rights of Surinder Singh, and for other members of the
public utilizing the highways and roads and/or constitute gross negligence and
recklessness as to show a total lack of regard for the rights of Surinder Singh, and for
other members of the public utilizing the highways and roads which entitles Plaintiff to
recover punitive and exemplary damages against Defendants, B4B Trucks, Inc. a/k/a A

One Transport and Pooni Singh in an amount to be assessed by the Court and/or jury.

## RELIEF DEMANDED

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff demands a judgment of and from Defendants, B4B Trucks, Inc. a/k/a A One Transport  and Pooni Singh, jointly and severally as follows:

(a)   Actual, compensatory and punitive damages;

(b)   Pre-judgment and post-judgment interest, and all costs accrued in this action; and

(c)   Any other relief which the Court or jury deems just and appropriate.

RESPECTFULLY SUBMITTED,

SURINDER SINGH

BY:   /S/ JOE N. TATUM
      JOE N. TATUM, MSB #10308

OF COUNSEL:

JOE N. TATUM, MSB #10308
TATUM  & WADE, PLLC
POST OFFICE BOX 22688
JACKSON, MS  39225-2688
(601) 948-7770
(601) 948-1551 FAX
JNTATUM@AOL.COM

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

SURINDER SINGH                                                   PLAINTIFF

VS.                                                    CIVIL ACTION NO. 20-269

B4B TRUCKS, INC a/k/a A ONE TRANSPORT                  DEFENDANTS
AND POONI SINGH

TO ANY SHERIFF OR OTHER PERSON AUTHORIZED TO SERVE PROCESS:

You are hereby commanded to Summons:

> B4B Trucks, Inc. a/k/a A One Transport
> c/o Registered Agent, Parminder Singh
> 3639 North Brawley Avenue
> Fresno, CA 93722

NOTICE TO DEFENDANT

THE AMENDED COMPLAINT ALONG WITH PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR ADMISSIONS WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS BY FILING YOUR ANSWER AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL PROCEDURE.

THIS ANSWER MUST BE FILED AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL PROCEDURE WITHIN THIRTY (30) DAYS OF THE DATE YOU ARE SERVED OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

This the 10th day of June, 2020.

ZACK WALLACE, CLERK
CIRCUIT COURT OF HINDS COUNTY

BY: _____ D. C.

OF COUNSEL:
JOE N. TATUM, MSB #10308
TATUM AND WADE, PLLC
P. O. BOX 22688
JACKSON, MS  39225-2688
(601) 948-7770
JNTATUM@AOL.COM



IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

SURINDER SINGH                                                              PLAINTIFF

VS.                                                                CIVIL ACTION NO. 20-269

B4B TRUCKS, INC a/k/a A ONE TRANSPORT                        DEFENDANTS
AND POONI  SINGH

TO ANY SHERIFF OR OTHER PERSON AUTHORIZED TO SERVE PROCESS:

    You are hereby commanded to Summons:

            Poohi Singh
            6175 West Menlo Avenue
            Fresno, California 93722

                        NOTICE TO DEFENDANT

    THE AMENDED COMPLAINT ALONG WITH PLAINTIFF'S FIRST SET OF
INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUEST
FOR ADMISSIONS WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS BY FILING YOUR
ANSWER AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL
PROCEDURE.

    THIS ANSWER MUST BE FILED AS PROVIDED BY LAW AND/OR THE
MISSISSIPPI RULES OF CIVIL PROCEDURE WITHIN THIRTY (30) DAYS OF THE DATE
YOU ARE SERVED OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU
FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

    This the 10th day of June, 2020.

                        ZACK WALLACE, CLERK
                        CIRCUIT COURT OF HINDS COUNTY

                        BY:_____D. C.

OF COUNSEL:
JOE N. TATUM, MSB #10308
TATUM AND WADE, PLLC
P. O. BOX 22688
JACKSON, MS  39225-2688
(601) 948-7770
JNTATUM@AOL.COM



# TATUM & WADE, PLLC

**ATTORNEYS AT LAW**
124 EAST AMITE STREET (39201)
POST OFFICE BOX 22688
JACKSON, MISSISSIPPI 39225-2688
(601) 948-7770 ◆ (601) 948-1551 FAX

**www.tatumandwadepllc.com**

**JOE N. TATUM**
*jntatum@aol.com*

**THANDI WADE**
*twade42@aol.com*

**RAYMOND P. GEE, JR.**
*raymondgee@tatumandwade.com*

**LEGAL ASSISTANTS**
ROSA R. SMITH
IRENE B. SQUIRE
LINDA N. GIPSON
ANITA G. YOUNG
S. MARSHUNE DURHAM

June 15, 2020

**FILED**

JUN 16 2020

ZACK WALLACE, CIRCUIT CLERK

BY_____ D.C.

Mr. Zack Wallace, Clerk
Circuit Court of Hinds County
Post Office Box 327
Jackson, MS 39205

Re:   Surinder Singh vs. B4B Trucks, Inc. a/k/a
A One Transport and Pooni Singh
Circuit Court of Hinds County
Civil Action No. 20-269

Dear Mr. Wallace:

I have enclosed the original Summonses in the above matter. Please issue same. If you have any questions or need any additional information, please contact me.

Sincerely,

Linda Gipson
Paralegal

/lg

Enclosures

**DEDICATED ◆ COMMITMENT ◆ JUSTICE**

## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

SURINDER SINGH                                                                                    **PLAINTIFF**

VS.                                                                             CIVIL ACTION NO. 20-269

B4B TRUCKS, INC a/k/a A ONE TRANSPORT                                           **DEFENDANTS**
AND POONI  SINGH

### TO ANY SHERIFF OR OTHER PERSON AUTHORIZED TO SERVE PROCESS:

You are hereby commanded to Summons:

Poohi Singh
6175 West Menlo Avenue
Fresno, California 93722

### NOTICE TO DEFENDANT

THE AMENDED COMPLAINT ALONG WITH PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR ADMISSIONS WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS BY FILING YOUR ANSWER AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL PROCEDURE.

THIS ANSWER MUST BE FILED AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL PROCEDURE WITHIN THIRTY (30) DAYS OF THE DATE YOU ARE SERVED OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

This the 10th day of June, 2020.

ZACK WALLACE, CLERK
CIRCUIT COURT OF HINDS COUNTY

BY: _____ D. C.

OF COUNSEL:
JOE N. TATUM, MSB #10308
TATUM AND WADE, PLLC
P. O. BOX 22688
JACKSON, MS  39225-2688
(601) 948-7770
JNTATUM@AOL.COM



# TATUM & WADE, PLLC

ATTORNEYS AT LAW
124 EAST AMITE STREET (39201)
POST OFFICE BOX 22688
JACKSON, MISSISSIPPI 39225-2688
(601) 948-7770 ◆ (601) 948-1551 FAX

www.tatumandwadepllc.com

**JOE N. TATUM**
*jntatum@aol.com*

**THANDI WADE**
*twade42@aol.com*

**RAYMOND P. GEE, JR.**
*raymondgee@tatumandwade.com*

**LEGAL ASSISTANTS**
ROSA R. SMITH
IRENE B. SQUIRE
LINDA N. GIPSON
ANITA G. YOUNG
S. MARSHUNE DURHAM

June 15, 2020

**FILED**

JUN 16 2020

ZACK WALLACE, CIRCUIT CLERK

BY_____D.C.

Mr. Zack Wallace, Clerk
Circuit Court of Hinds County
Post Office Box 327
Jackson, MS  39205

Re:   Surinder Singh vs. B4B Trucks, Inc. a/k/a
       A One Transport and Pooni Singh
       Circuit Court of Hinds County
       Civil Action No. 20-269

Dear Mr. Wallace:

       I have enclosed the original Summonses in the above matter.  Please issue same.  If you have any questions or need any additional information, please contact me.

Sincerely,

Linda Gipson
Paralegal

/lg

Enclosures

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

SURINDER SINGH                                                                PLAINTIFF

VS.                                                            CIVIL ACTION NO. 20-269

B4B TRUCKS, INC a/k/a A ONE TRANSPORT                     DEFENDANTS
AND POONI SINGH

TO ANY SHERIFF OR OTHER PERSON AUTHORIZED TO SERVE PROCESS:

You are hereby commanded to Summons:

        Poohi Singh
        6175 West Menlo Avenue
        Fresno, California 93722

NOTICE TO DEFENDANT

        THE AMENDED COMPLAINT ALONG WITH PLAINTIFF'S FIRST SET OF
INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUEST
FOR ADMISSIONS WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS BY FILING YOUR
ANSWER AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL
PROCEDURE.

        THIS ANSWER MUST BE FILED AS PROVIDED BY LAW AND/OR THE
MISSISSIPPI RULES OF CIVIL PROCEDURE WITHIN THIRTY (30) DAYS OF THE DATE
YOU ARE SERVED OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU
FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

        This the 10th day of June, 2020.

                                ZACK WALLACE, CLERK
                                CIRCUIT COURT OF HINDS COUNTY

                        BY: _____ D. C.

OF COUNSEL:
JOE N. TATUM, MSB #10308
TATUM AND WADE, PLLC
P. O. BOX 22688
JACKSON, MS  39225-2688
(601) 948-7770
JNTATUM@AOL.COM



## RETURN

STATE OF MISSISSIPPI

COUNTY OF HINDS

I, _Linda Gipson_, do hereby certify that I have this day served Amended

Complaint, Summons, along with Plaintiff's First Set of Interrogatories, Request for

Production of Documents and Request for Admissions to Poohi Singh, 6175 West Menlo

Avenue, Fresno, California 93722, in the following manner: __Via Certified Mail__.

THIS the _25th_ day of June, 2020.

BY: _Linda Gipson_

_P.O. Box 22688_
ADDRESS

_Jackson MS 39225_
CITY          STATE    ZIP CODE

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pawn Singh
6175 West Menlo Avenue
Fresno, California 93722

9590 9402 5172 9122 6820 70

2. Article Number (Transfer from service label)

7017 1450 0002 0467 9528

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                   □ Agent
                                    □ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                    06/24/20

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:         □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery (over $500)

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Return Receipt for Merchandise
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

Domestic Return Receipt

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

SURINDER SINGH                                                              PLAINTIFF

VS.                                                        CIVIL ACTION NO. 20-269

B4B TRUCKS, INC a/k/a A ONE TRANSPORT                      DEFENDANTS
AND POONI  SINGH

TO ANY SHERIFF OR OTHER PERSON AUTHORIZED TO SERVE PROCESS:

You are hereby commanded to Summons:

> B4B Trucks, Inc. a/k/a A One Transport
> c/o Registered Agent, Parminder Singh
> 3639 North Brawley Avenue
> Fresno, CA 93722

NOTICE TO DEFENDANT

THE AMENDED COMPLAINT ALONG WITH PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR ADMISSIONS WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS BY FILING YOUR ANSWER AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL PROCEDURE.

THIS ANSWER MUST BE FILED AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL PROCEDURE WITHIN THIRTY (30) DAYS OF THE DATE YOU ARE SERVED OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

This the 10th day of June, 2020.

ZACK WALLACE, CLERK
CIRCUIT COURT OF HINDS COUNTY

BY: _____ D. C.

OF COUNSEL:
JOE N. TATUM, MSB #10308
TATUM AND WADE, PLLC
P. O. BOX 22688
JACKSON, MS  39225-2688
(601) 948-7770
JNTATUM@AOL.COM

## RETURN

STATE OF MISSISSIPPI

COUNTY OF HINDS

I, _Linda Gipson_ , do hereby certify that I have this day served the Amended Complaint, Summons, along with Plaintiff's First Set of Interrogatories, Request for Production of Documents and Request for Admissions to B4B Trucks Inc. a/ka A One Transport c/o Registered Agent, Parminder Singh, 3639 North Brawley Avenue, Fresno, CA 93722 , in the following manner: _____ Via Certified Mail _____.

THIS the 26th day of June, 2020.

BY: _Linda Gipson_

_P.O. Box 22688_
ADDRESS

_Jackson MS 39225_
CITY            STATE      ZIP CODE

**SENDER: COMPLETE THIS SECTION**

- ☒ Complete items 1, 2, and 3.
- ☒ Print your name and address on the reverse so that we can return the card to you.
- ☒ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

B4B Trucks Inc. a/k/a R Dre Transport
C/O Registered Agent Parminder Singh
3639 North Brawley Avenue
Fresno CA 93722

9590 9402 5172 9122 6820 87

2. Article Number *(Transfer from service label)*

7017 1450 0002 0467 9535

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*        C. Date of Delivery

10/26/20

D. Is delivery address different from Item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

**SURINDER SINGH**                                                                    **PLAINTIFF**

**VS.**                                                                    **CIVIL ACTION NO. 20-269**

**B4B TRUCKS, INC. a/k/a/**
**A ONE TRANSPORT AND POONI SINGH**                                    **DEFENDANTS**


## NOTICE OF APPEARANCE AND GENERAL DENIAL

COME NOW, the Defendants, B4B Trucks, Inc. a/k/a A One Transport, and Pooni Singh, (hereinafter "the Defendants"), without waiving any jurisdictional defenses, to file this their Notice of Appearance in this matter. The Defendants deny each allegation in the Amended Complaint asserted against them and allege and incorporate each and every defense available to them as set forth to them under Rules 12(b)(1-7) and Rule 8 of the Mississippi Rules of Civil Procedure, and on account thereof demand that the action herein against them be dismissed, while also reserving the right to affirmatively plead any and all other defenses and affirmative defenses available to them which may become applicable through discovery and during trial of this cause. The Defendants hereby deny any and all liability for the damages claimed in this action.

THIS, the 1st day of September, 2020.


Respectfully submitted,



*/s/ C. Maison Heidelberg*
C. MAISON HEIDELBERG, MB#9559
*Attorney for the Defendants*

1

OF COUNSEL:

HEIDELBERG PATTERSON WELCH PLLC
207 W. Jackson Street, Suite 200
Ridgeland, MS  39157
601-790-1584 (Direct)
601-790-1588 (General)
mheidelberg@hpwlawgroup.com

## CERTIFICATE OF SERVICE

I, C. Maison Heidelberg, attorney for the Defendants, do hereby certify that I have this day served a true and correct copy of the above and foregoing document via the court's electronic filing system on the following:

Joe N. Tatum
TATUM & WADE, PLLC
P.O. Box 22688
Jackson, MS  39225-2688

THIS, the 1st day of September, 2020.

*/s/ C. Maison Heidelberg*
C. MAISON HEIDELBERG

## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
## FIRST JUDICIAL DISTRICT

**SURINDER SINGH**                                                                           **PLAINTIFF**

**VS.**                                                                 **CIVIL ACTION NO. 20-269**

**B4B TRUCKS, INC. a/k/a/**
**A ONE TRANSPORT AND POONI SINGH**                          **DEFENDANTS**

### ANSWER AND DEFENSES
### OF DEFENDANT POONI SINGH

Comes now the Defendant, Arvinder Singh Pooni, incorrectly identified in the Amended Complaint as Pooni Singh, (hereinafter "this Defendant"), by and through counsel, and in answering the Amended Complaint exhibited against him answers and says:

### FIRST DEFENSE: ANSWER

Answering the allegations of the Complaint, paragraph by paragraph, this Defendant says:

1.

The allegations in Paragraph 1 are admitted on information and belief.

2

The allegations in Paragraph 2 are not directed towards this Defendant and do not require a response.

3.

The allegations in Paragraph 3 are admitted.

4.

This Defendant admits that the accident occurred in the State of Mississippi but denies the remaining allegations in Paragraph 4.

5.

The allegations in Paragraph 5 are admitted.

6.

The allegations in Paragraph 6 are admitted as to where the accident occurred.   The allegations as to Plaintiff's residency are admitted on information and belief.  Proper venue is also admitted, but it is not admitted that this is the only proper venue.

7.

The first sentence of Paragraph 7 is admitted.  This Defendant admits that a collision occurred between his truck and the vehicle driven by the Plaintiff on I-20 in the eastbound lane.  The remaining allegations in Paragraph 7 are denied as stated.

8.

The allegations in sentence one of Paragraph 8 are denied as stated other than to admit that this Defendant was driving a B4B Trucks, Inc. a/k/a A One Transport truck.  This Defendant is without sufficient knowledge or information to admit or deny the allegations as to the Plaintiff's physical pain and mental anguish, and those allegations are, therefore, denied.

9.

This Defendant admits he was driving a B4B Trucks, Inc. a/k/a A One Transport truck.  The remaining allegations are denied as stated, and it is affirmatively stated that this Defendant was a 1099 contractor.

10.

This Defendant denies the allegations in Paragraph 10 as stated, other than to admit he was driving a B4B Trucks, Inc. a/k/a A One Transport truck, and this Defendant affirmatively states that he was a 1099 contractor.

11.

2

The allegations in Paragraph 11 are denied as stated.

12.

This Defendant denies the allegations in Paragraph 12 as premature pending full discovery.

13.

The allegations in Paragraph 13 are not directed at this Defendant and do not require a response, but if a response is required or if the allegations are construed adversely against this Defendant, then the allegations are denied.

14.

The allegations in Paragraph 14, including subparagraphs a. through g. are denied as Stated. This Defendant will admit that he contributed to the accident but does not admit to the allegations in each subparagraph as stated.

15.

This Defendant denies sentence one of Paragraph 15 as stated. This Defendant is without sufficient knowledge or information to admit or deny the Remaining allegations in Paragraph 15, including subparagraphs a. through e, as to the Plaintiff's injuries and damages, and those allegations are, therefore, denied.

16.

This Defendant denies the allegations in Paragraph 16.

17.

The allegations contained in the unnumbered paragraph beginning with the words "**WHEREFORE PREMISES CONSIDERED**" are denied, and this Defendant specifically denies that the Plaintiff is entitled to any damages or judgment or relief to any judgment against

him whatsoever, or, in the alternative, this Defendant denies that the Plaintiff is entitled to a judgment for the amounts and types of claims made.

SECOND DEFENSE

The alleged accident, injuries, and damages may have been caused or contributed to by the culpable conduct of others over whom this Defendant had no control. As to all such persons, this Defendant pleads the apportionment and other provisions of Miss. Code Ann. § 85-5-7.

THIRD DEFENSE

To the extent applicable, this Defendant affirmatively pleads comparative and/or contributory negligence under Miss. Code Ann. § 85-5-7.

FOURTH DEFENSE

The plaintiff may have failed to mitigate damages and damages should be reduced in proportion to the failure to mitigate.

FIFTH DEFENSE

Plaintiff's claim for punitive damages under Mississippi law violates Defendant's rights under the Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution, and Article III, Sections 14, 23, 26, and 28 of the Mississippi Constitution because, among other things: (1) Mississippi's standard for an award of punitive damages is so vague and indefinite that it does not give this Defendant fair notice of the kind of conduct that would subject it to punishment or the severity of the penalty that the state might impose; (2) the jury is not provided with standards of sufficient clarity, objectivity, and uniformity for determining either the appropriateness or the appropriate amount of the punitive damage award; (3) the jury is not instructed on the limits of punitive damages awards imposed by the applicable principals of punishment and deterrence; (4) an award of punitive damages is not subject to judicial review on the basis of objective and uniform

standards; (5) Plaintiff's claim exceeds the legitimate interest of the State in pushing unlawful conduct and deterring its repetition; (6) Plaintiff's claim is grossly excessive in comparison to the civil or criminal penalties that could be imposed for comparable conduct; (7) there is no basis to assume that a lesser deterrent would not adequately protect the interest of the State's citizens; (8) Plaintiff's claim would impose an undue burden on interstate commerce; and (9) for other reasons to be assigned at trial.  In the alternative, Defendant asserts the provisions of Miss. Code Ann. § 11-1-65 that are applicable.

<u>SIXTH DEFENSE</u>

Without waiving any other defense set forth herein, and because the facts are not yet fully developed, the Defendant additionally pleads the following affirmative defenses which may be applicable: arbitration and award, accord and satisfaction, assumption of risk, contributory negligence, discharge in bankruptcy, duress, estoppel, failure of consideration, fraud, illegality, injury by fellow servant, laches, license, res judicata, payment and release, statute of frauds, statute of limitations, and waiver.  Defendant further reserves the right to assert further affirmative defenses if they become evident through discovery or investigation.

<u>SEVENTH DEFENSE</u>

Unless expressly admitted herein, this Defendant denies all allegations of the Plaintiff's Complaint.

<u>EIGHTH DEFENSE</u>

This Defendant reserves the right to assert further affirmative defenses if they become evident through discovery or investigation.

AND NOW, having fully answered the Complaint, Defendant, Pooni Singh, demands judgment dismissing the Complaint with prejudice and awarding costs.

5

THIS the 16th day of September, 2020.


                                    Respectfully submitted,


                                    /s/ C. Maison Heidelberg
                                    C. MAISON HEIDELBERG, MB#9559
                                    *Attorney for the Defendants*


OF COUNSEL:

HEIDELBERG PATTERSON WELCH PLLC
207 W. Jackson Street, Suite 200
Ridgeland, MS  39157
601-790-1584 (Direct)
601-790-1588 (General)
mheidelberg@hpwlawgroup.com

## CERTIFICATE OF SERVICE

I, C. Maison Heidelberg, attorney for the Defendants, do hereby certify that I have this day served a true and correct copy of the above and foregoing document via the court's electronic filing system on the following:

> Joe N. Tatum
> TATUM & WADE, PLLC
> P.O. Box 22688
> Jackson, MS  39225-2688

THIS, the 16th day of September, 2020.


/s/ C. Maison Heidelberg
C. MAISON HEIDELBERG

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

SURINDER SINGH                                                              PLAINTIFF

VS.                                                              CIVIL ACTION NO. 20-269

B4B TRUCKS, INC A/K/A A ONE TRANSPORT                          DEFENDANTS
AND POONI SINGH

## <u>NOTICE OF SERVICE OF DISCOVERY RESPONSES</u>

TO:    COUNSEL OF RECORD

    PLEASE TAKE NOTICE that defendants, Arvinder Singh Pooni, incorrectly referred to

in the Complaint as Pooni Singh, and B4B Trucks, Inc. a/k/a A One Transport, have this day served

the following:

    1.    *B4B Truckers, Inc. a/k/a A Transport's Responses to Plaintiff's Requests for*

        *Admissions; and*

    2.    *Arvinder Singh's Pooni's Responses to Plaintiff's Requests for Admissions.*

    A true and correct copy of this notice has been served upon counsel of record along with

the above-referenced pleadings.   The original pleadings are being retained in the possession of

counsel for the defendant in accordance with the rules of this Court.

    THIS, the 16th day of September, 2020.

Respectfully submitted,


*/s/ C. Maison Heidelberg*
C. MAISON HEIDELBERG, MB #9559
*Attorney for the Defendants*

1

OF COUNSEL:

HEIDELBERG PATTERSON WELCH PLLC
207 W. Jackson Street, Suite 200
Ridgeland, MS  39157
601-790-1584 (Direct)
601-790-1588 (General)
mheidelberg@hpwlawgroup.com


<u>**CERTIFICATE OF SERVICE**</u>

I, C. Maison Heidelberg, attorney for the Defendants, do hereby certify that I have this day

served a true and correct copy of the above and foregoing document via the court's electronic filing

system as to the Notice of Service and via email as to the pleading on the following:

> Joe N. Tatum
> TATUM & WADE, PLLC
> P.O. Box 22688
> Jackson, MS  39225-2688

THIS, the 16th day of September, 2020.


/s/ *C. Maison Heidelberg*
C. MAISON HEIDELBERG

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

SURINDER SINGH                                                    PLAINTIFF

VS.                                                     CIVIL ACTION NO. 20-269

B4B TRUCKS, INC A/K/A A ONE TRANSPORT                            DEFENDANTS
AND POONI  SINGH

## NOTICE OF SERVICE OF DISCOVERY REQUESTS

TO:    COUNSEL OF RECORD

PLEASE TAKE NOTICE that defendants, Arvinder Singh Pooni, incorrectly referred to in the Complaint as Pooni Singh, and B4B Trucks, Inc. a/k/a A One Transport, have this day served the following:

1.      *Defendants' First Set of Interrogatories to Plaintiff; and*

2.      *Defendants' First Request for Production of Documents to Plaintiff.*

A true and correct copy of this notice has been served upon counsel of record along with the above-referenced pleadings.  The original pleadings are being retained in the possession of counsel for the defendant in accordance with the rules of this Court.

THIS, the 16th day of September, 2020.

Respectfully submitted,

*/s/ C. Maison Heidelberg*
C. MAISON HEIDELBERG, MB #9559
*Attorney for the Defendants*

1

OF COUNSEL:

HEIDELBERG PATTERSON WELCH PLLC
207 W. Jackson Street, Suite 200
Ridgeland, MS 39157
601-790-1584 (Direct)
601-790-1588 (General)
mheidelberg@hpwlawgroup.com


### CERTIFICATE OF SERVICE

I, C. Maison Heidelberg, attorney for the Defendants, do hereby certify that I have this day

served a true and correct copy of the above and foregoing document via the court's electronic filing

system as to the Notice of Service and via email as to the pleading on the following:

Joe N. Tatum
TATUM & WADE, PLLC
P.O. Box 22688
Jackson, MS 39225-2688

THIS, the 16th day of September, 2020.

/s/ C. Maison Heidelberg
C. MAISON HEIDELBERG

## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

**SURINDER SINGH**                                                                      **PLAINTIFF**

**VS.**                                                                      **CIVIL ACTION NO. 20-269**

**B4B TRUCKS, INC. a/k/a/**
**A ONE TRANSPORT AND POONI SINGH**                                          **DEFENDANTS**

### ANSWER AND DEFENSES
### OF DEFENDANT B4B TRUCKS, INC. a/k/a A ONE TRANSPORT

Comes now the Defendant, B4B Trucks, Inc. a/k/a A One Transport, (hereinafter "this Defendant"), by and through counsel, and in answering the Amended Complaint exhibited against it answers and says:

### FIRST DEFENSE: ANSWER

Answering the allegations of the Complaint, paragraph by paragraph, this Defendant says:

1.

The allegations in Paragraph 1 are admitted on information and belief.

2

The allegations in Paragraph 2 are admitted.

3.

The allegations in Paragraph 3 are not directed towards this Defendant and do not require a response.

4.

This Defendant admits that the accident occurred in the State of Mississippi but denies the remaining allegations in Paragraph 4.

1

5.

The allegations in Paragraph 5 are admitted.

6.

The allegations in Paragraph 6 are admitted as to where the accident occurred. The allegations as to Plaintiff's residency are admitted on information and belief. Proper venue is also admitted, but it is not admitted that this is the only proper venue.

7.

This Defendant admits that a collision occurred between the truck driven by Arvinder Singh Pooni and the vehicle driven by the Plaintiff. This Defendant is without sufficient knowledge or information to admit or deny the remaining allegations, and those allegations are, therefore, denied.

8.

The allegations in sentence one of Paragraph 8 are denied as stated other than to admit that this Defendant was driving a B4B Trucks, Inc. a/k/a A One Transport truck. This Defendant is without sufficient knowledge or information to admit or deny the allegations as to the Plaintiff's physical pain and mental anguish, and those allegations are, therefore, denied.

9.

This Defendant admits that Arvinder Singh Pooni was driving a B4B Trucks, Inc. a/k/a A One Transport truck at the time of the accident. The remaining allegations are denied as stated, and it is affirmatively stated that Mr. Pooni was a 1099 contractor.

10.

This Defendant denies the allegations in Paragraph 10 as stated, and this Defendant affirmatively states that Mr. Pooni was a 1099 contractor.

11.

The allegations in Paragraph 11 are denied as stated.

12.

This Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 12, and those allegations are, therefore, denied.

13.

The allegations in Paragraph 13 are denied, including subparagraphs a. through l.

14.

The allegations in Paragraph 14 are not directed at this Defendant and do not require a response, but if a response is required or if the allegations are construed adversely against this Defendant, then the allegations are denied.

15.

The allegations in sentence one of Paragraph 15 are denied as stated. As to the remaining allegations, this Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 15, including subparagraphs a. through e, as to the Plaintiff's injuries and damages, and those allegations are, therefore, denied.

16.

This Defendant denies the allegations in Paragraph 16.

17.

The allegations contained in the unnumbered paragraph beginning with the words **"WHEREFORE PREMISES CONSIDERED"** are denied, and this Defendant specifically denies that the Plaintiff is entitled to any damages or judgment or relief to any judgment against

him whatsoever, or, in the alternative, this Defendant denies that the Plaintiff is entitled to a judgment for the amounts and types of claims made.

## SECOND DEFENSE

The alleged accident, injuries, and damages may have been caused or contributed to by the culpable conduct of others over whom this Defendant had no control. As to all such persons, this Defendant pleads the apportionment and other provisions of Miss. Code Ann. § 85-5-7.

## THIRD DEFENSE

To the extent applicable, this Defendant affirmatively pleads comparative and/or contributory negligence under Miss. Code Ann. § 85-5-7.

## FOURTH DEFENSE

The plaintiff may have failed to mitigate damages and damages should be reduced in proportion to the failure to mitigate.

## FIFTH DEFENSE

Plaintiff's claim for punitive damages under Mississippi law violates Defendant's rights under the Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution, and Article III, Sections 14, 23, 26, and 28 of the Mississippi Constitution because, among other things: (1) Mississippi's standard for an award of punitive damages is so vague and indefinite that it does not give this Defendant fair notice of the kind of conduct that would subject it to punishment or the severity of the penalty that the state might impose; (2) the jury is not provided with standards of sufficient clarity, objectivity, and uniformity for determining either the appropriateness or the appropriate amount of the punitive damage award; (3) the jury is not instructed on the limits of punitive damages awards imposed by the applicable principals of punishment and deterrence; (4) an award of punitive damages is not subject to judicial review on the basis of objective and uniform

standards; (5) Plaintiff's claim exceeds the legitimate interest of the State in pushing unlawful conduct and deterring its repetition; (6) Plaintiff's claim is grossly excessive in comparison to the civil or criminal penalties that could be imposed for comparable conduct; (7) there is no basis to assume that a lesser deterrent would not adequately protect the interest of the State's citizens; (8) Plaintiff's claim would impose an undue burden on interstate commerce; and (9) for other reasons to be assigned at trial.  In the alternative, Defendant asserts the provisions of Miss. Code Ann. § 11-1-65 that are applicable.

## SIXTH DEFENSE

Without waiving any other defense set forth herein, and because the facts are not yet fully developed, the Defendant additionally pleads the following affirmative defenses which may be applicable: arbitration and award, accord and satisfaction, assumption of risk, contributory negligence, discharge in bankruptcy, duress, estoppel, failure of consideration, fraud, illegality, injury by fellow servant, laches, license, res judicata, payment and release, statute of frauds, statute of limitations, and waiver.  Defendant further reserves the right to assert further affirmative defenses if they become evident through discovery or investigation.

## SEVENTH DEFENSE

Unless expressly admitted herein, this Defendant denies all allegations of the Plaintiff's Complaint.

## EIGHTH DEFENSE

This Defendant reserves the right to assert further affirmative defenses if they become evident through discovery or investigation.

AND NOW, having fully answered the Complaint, Defendant, B4B Trucks, Inc. a/k/a A One Transport, demands judgment dismissing the Complaint with prejudice and awarding costs.

THIS the 16th day of September, 2020.


                                    Respectfully submitted,



                                    /s/ C. Maison Heidelberg
                                    C. MAISON HEIDELBERG, MB#9559
                                    *Attorney for the Defendants*


OF COUNSEL:

HEIDELBERG PATTERSON WELCH PLLC
207 W. Jackson Street, Suite 200
Ridgeland, MS  39157
601-790-1584 (Direct)
601-790-1588 (General)
mheidelberg@hpwlawgroup.com

## CERTIFICATE OF SERVICE

  I, C. Maison Heidelberg, attorney for the Defendants, do hereby certify that I have this day

served a true and correct copy of the above and foregoing document via the court's electronic filing

system on the following:

> Joe N. Tatum
> TATUM & WADE, PLLC
> P.O. Box 22688
> Jackson, MS  39225-2688

  THIS, the 16th day of September, 2020.

*/s/ C. Maison Heidelberg*
C. MAISON HEIDELBERG

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

SURINDER SINGH                                                    **PLAINTIFF**

VS.                                                    CIVIL ACTION NO. 20-269

B4B TRUCKS, INC. a/k/a A ONE TRANSPORT          **DEFENDANTS**
AND POONI  SINGH

## NOTICE OF RETENTION OF ORIGINAL DISCOVERY PLEADINGS

TO:   Zack Wallace, Clerk
Circuit Court of Hinds County
P. O. Box 327
Jackson, MS 39205

PLEASE TAKE NOTICE that Plaintiff is serving contemporaneously with this

notice, a copy of the following discovery pleadings:

1.   Plaintiff's Answers to B4B Trucks, Inc. a/k/a A One Transport and Pooni
Singh First Set of Interrogatories;

2.   Plaintiff's Responses to B4B Trucks, Inc. a/k/a A One Transport and
Pooni Singh First Request for Production of Documents

And, pursuant to the local rules of the Circuit Court of Hinds County, Mississippi,

we have retained in our office the originals of said discovery pleadings.

RESPECTFULLY SUBMITTED,

SURINDER SINGH

BY:   /S/ JOE N. TATUM_____
JOE N. TATUM (MSB #10308)

COUNSEL FOR PLAINTIFF:

JOE N. TATUM, MSB #10308
TATUM  & WADE, PLLC
POST OFFICE BOX 22688
JACKSON, MS  39225-2688
(601) 948-7770
(601) 948-1551(FAX)
JNTATUM@AOL.COM

## CERTIFICATE OF SERVICE

I, Joe N. Tatum, Attorney for Plaintiff, certify that I electronically filed the

foregoing with Clerk of the Court using the MEC system which sent notification of such

filing to the following:

C. Maison Haidelberg, Esquire
Heidelberg Patterson Welch, PLLC
207 West Jackson Street, Suite 200
Ridgeland, MS 39157

This the 23rd day of November, 2020.

/S/ JOE N. TATUM
JOE N. TATUM

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

SURINDER SINGH                                                    PLAINTIFF

VS.                                                    CIVIL ACTION NO. 20-269

B4B TRUCKS, INC. a/k/a A ONE TRANSPORT                    DEFENDANTS
AND POONI SINGH

## NOTICE OF RETENTION OF ORIGINAL DISCOVERY PLEADINGS

TO:    Zack Wallace, Clerk
       Circuit Court of Hinds County
       P. O. Box 327
       Jackson, MS 39205

       PLEASE TAKE NOTICE that Plaintiff is serving contemporaneously with this

notice, a copy of the following discovery pleadings:

   1.   Plaintiff's Answers to B4B Trucks, Inc. a/k/a A One Transport and Pooni
        Singh First Set of Interrogatories;

   2.   Plaintiff's Responses to B4B Trucks, Inc. a/k/a A One Transport and
        Pooni Singh First Request for Production of Documents

       And, pursuant to the local rules of the Circuit Court of Hinds County, Mississippi,

we have retained in our office the originals of said discovery pleadings.

                              RESPECTFULLY SUBMITTED,

                              SURINDER SINGH

                    BY:    /S/ JOE N. TATUM
                           JOE N. TATUM (MSB #10308)

COUNSEL FOR PLAINTIFF:

JOE N. TATUM, MSB #10308
TATUM  & WADE, PLLC
POST OFFICE BOX 22688
JACKSON, MS  39225-2688
(601) 948-7770
(601) 948-1551(FAX)
JNTATUM@AOL.COM

## CERTIFICATE OF SERVICE

I, Joe N. Tatum, Attorney for Plaintiff, certify that I electronically filed the

foregoing with Clerk of the Court using the MEC system which sent notification of such

filing to the following:

> C. Maison Haidelberg, Esquire
> Heidelberg  Patterson  Welch, PLLC
> 207 West Jackson Street, Suite 200
> Ridgeland, MS 39157

This the 23rd  day of November, 2020.

/S/ JOE N. TATUM
JOE N. TATUM

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

SURINDER SINGH                                                          PLAINTIFF

VS.                                                          CIVIL ACTION NO. 20-269

B4B TRUCKS, INC. a/k/a A ONE TRANSPORT                       DEFENDANTS
AND POONI SINGH

## MOTION FOR SCHEDULING ORDER AND TRIAL SETTING

**COMES NOW**, the Plaintiff, by and through counsel, pursuant to Rule 16 of the

Mississippi Rules of Civil Procedure, and moves this Court for an order setting

scheduling deadlines and trial date in this cause, and in support of the motion, Plaintiff

would show the following:

1. That on or about June 12, 2020, Plaintiff filed a Complaint against

Defendants in the Circuit Court of Hinds County, Mississippi.

2. That discovery is ongoing, however, it should be completed by June, 2021.

3. That a scheduling order setting deadlines for amendments to the complaint,

discovery, motions and expert designations should be entered with a trial setting.

4. Plaintiff requests that this Court enter a scheduling order on this case with a

trial setting during the regular term of Court or at a special setting as soon as

Defendants are available after the deadlines in the scheduling order have expired.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff requests that this Court set

a scheduling order and that this matter be set for trial on a date certain following the

expiration of the deadlines set in the scheduling order.

RESPECTFULLY SUBMITTED,

SURINDER SINGH

BY:   /S/ JOE N. TATUM
      JOE N. TATUM, MSB #10308

OF COUNSEL:

JOE N. TATUM, MSB #10308
TATUM  & WADE, PLLC
POST OFFICE BOX 22688
JACKSON, MS  39225-2688
(601) 948-7770
(601) 948-1551 FAX
JNTATUM@AOL.COM

## CERTIFICATE OF SERVICE

I, Joe N. Tatum, Attorney for Plaintiff, herein, certify that I electronically filed the

foregoing with Clerk of the Court using the MEC system which sent notification of such

filing to the following:

C. Maison Heidelberg, Esquire
Heidelberg  Patterson  Welch, PLLC
207 West Jackson Street, Suite 200
Ridgeland, MS 39157

Dated: This the 1st day of December, 2020.

/S/ JOE N. TATUM
JOE N. TATUM

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

SURINDER SINGH                                                    PLAINTIFF

VS.                                                    CIVIL ACTION NO. 20-269

B4B TRUCKS, INC. a/k/a A ONE TRANSPORT                    DEFENDANTS
AND POONI SINGH

## NOTICE OF RETENTION OF ORIGINAL DISCOVERY PLEADINGS

TO:   Zack Wallace, Clerk
      Circuit Court of Hinds County
      P. O. Box 327
      Jackson, MS 39205

      PLEASE TAKE NOTICE that Plaintiff is serving contemporaneously with this

notice, a copy of the following discovery pleadings:

      1.   Plaintiff's First Supplement Response to B4B Trucks, Inc. a/k/a A One
           Transport and Pooni Singh First Request for Production of Documents;

      And, pursuant to the local rules of the Circuit Court of Hinds County, Mississippi,

we have retained in our office the originals of said discovery pleadings.

                              RESPECTFULLY SUBMITTED,

                              SURINDER SINGH

                        BY:   /S/ JOE N. TATUM_____
                              JOE N. TATUM (MSB #10308)

COUNSEL FOR PLAINTIFF:

JOE N. TATUM, MSB #10308
TATUM  & WADE, PLLC
POST OFFICE BOX 22688
JACKSON, MS  39225-2688
(601) 948-7770
(601) 948-1551(FAX)
JNTATUM@AOL.COM

## CERTIFICATE OF SERVICE

I, Joe N. Tatum, Attorney for Plaintiff, certify that I electronically filed the

foregoing with Clerk of the Court using the MEC system which sent notification of such

filing to the following:

> C. Maison Heidelberg, Esquire
> Heidelberg  Patterson  Welch,.PLLC
> 207 West Jackson Street, Suite 200
> Ridgeland, MS 39157

This the 28th  day of December, 2020.

/S/ JOE N. TATUM
JOE N. TATUM

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

SURINDER SINGH                                                              PLAINTIFF

VS.                                                           CIVIL ACTION NO. 20-269

B4B TRUCKS, INC. a/k/a A ONE TRANSPORT                       DEFENDANTS
AND POONI SINGH

## NOTICE OF HEARING

TO:   C. Maison Heidelberg, Esquire
      Heidelberg Patterson Welch, PLLC
      207 West Jackson Street, Suite 200
      Ridgeland, MS 39157

      PLEASE TAKE NOTICE that Plaintiff will bring on for hearing his Motion for

Scheduling Order and Trial before the Honorable Adrienne Wooten on Friday, January

15, 2021 at 2:00 p. m., or as soon as counsel can be heard.

      DATED this the 29th day of December, 2020.

                              RESPECTFULLY SUBMITTED,

                              SURINDER SINGH

                    BY:    /S/ JOE N. TATUM
                           JOE N. TATUM

OF COUNSEL:

JOE N. TATUM, MSB # 10308
TATUM & WADE, PLLC
P. O. BOX 22688
JACKSON, MS 39225-2688
(601) 948-7770

## CERTIFICATE OF SERVICE

I, Joe N. Tatum, Attorney for Plaintiff, herein, certify that I electronically filed the

foregoing with Clerk of the Court using the MEC system which sent notification of such

filing to the following:

C. Maison Heidelberg, Esquire
Heidelberg Patterson Welch, PLLC
207 West Jackson Street, Suite 200
Ridgeland, MS 39157

DATED:  This the  29th  day of December, 2020.

/S/ JOE N. TATUM
JOE N. TATUM

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

SURINDER SINGH                                                              PLAINTIFF

VS.                                                          CIVIL ACTION NO. 20-269

B4B TRUCKS, INC A/K/A A ONE TRANSPORT                      DEFENDANTS
AND POONI SINGH

## NOTICE OF SERVICE OF DISCOVERY REQUESTS

TO:   COUNSEL OF RECORD

PLEASE TAKE NOTICE that defendants, Arvinder Singh Pooni, incorrectly referred to in the Complaint as Pooni Singh, and B4B Trucks, Inc. a/k/a A One Transport, have this day served the following:

*Defendants' First Set of Request for Admissions.*

A true and correct copy of this notice has been served upon counsel of record along with the above-referenced pleadings.  The original pleadings are being retained in the possession of counsel for the defendants in accordance with the rules of this Court.

THIS, the 8th day of January, 2021.

Respectfully submitted,

*/s/ C. Maison Heidelberg*
C. MAISON HEIDELBERG, MB #9559
*Attorney for the Defendants*

1

OF COUNSEL:

HEIDELBERG PATTERSON WELCH PLLC
207 W. Jackson Street, Suite 200
Ridgeland, MS 39157
601-790-1584 (Direct)
601-790-1588 (General)
mheidelberg@hpwlawgroup.com

## CERTIFICATE OF SERVICE

I, C. Maison Heidelberg, attorney for the Defendants, do hereby certify that I have this day

served a true and correct copy of the above and foregoing document via the court's electronic filing

system as to the Notice of Service and via email as to the pleading on the following:

Joe N. Tatum
TATUM & WADE, PLLC
P.O. Box 22688
Jackson, MS 39225-2688

THIS, the 8th day of January, 2020.

/s/ C. Maison Heidelberg
C. MAISON HEIDELBERG

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

SURINDER SINGH                                                    PLAINTIFF

VS.                                                    CIVIL ACTION NO. 20-269

B4B TRUCKS, INC A/K/A A ONE TRANSPORT                            DEFENDANTS
AND POONI  SINGH

## DEFENDANTS' RESPONSE TO MOTION FOR
## SCHEDULING ORDER AND TRIAL SETTING

COME NOW the defendants, Arvinder Singh Pooni, incorrectly referred to in the
Complaint as Pooni Singh, and B4B Trucks, Inc. a/k/a A One Transport, (hereinafter "the
Defendants), by and through counsel, to respond to Plaintiff's Motion for Scheduling Order and
Trial Setting as follows:

1. The defendants have no objection to the proposed scheduling order proposed by Plaintiff's
   counsel.

2. However, Plaintiff has not yet specified the amount in controversy such that it is not clear
   that jurisdiction will ultimately rest in this Court.

3. Defendants recently received written discovery and document discovery from Plaintiff's
   counsel, and the information received brought into question whether Plaintiff is seeking
   damages in excess of $75,000.  Plaintiff has, to date, failed to specify the amount in
   controversy.

4. If Plaintiff is seeking damages in excess of $75,000, which is an open question, then
   complete diversity exists, and the amount in controversy for federal jurisdiction will be
   satisfied.

1

5. Assuming federal jurisdiction exists, the defendants intend to move the case to federal court.

6. To clarify this question, the defendants have propounded discovery through Requests for Admission to determine the amount in controversy.

7. Accordingly, entry of a scheduling order is premature until the court of proper jurisdiction is set.

8. That said, the defendants, while preserving their right to assert federal jurisdiction, do not object to the entry of the order.

WHEREFORE, PREMISES CONSIDERED, the defendants, Arvinder Singh Pooni, incorrectly referred to in the Complaint as Pooni Singh, and B4B Trucks, Inc. a/k/a A One Transport, respectfully respond that they do not object to the entry of the proposed Scheduling Order, although it is not clear that jurisdiction will or will not rest in this Court.

THIS, the 11th day of January, 2021.

Respectfully submitted,

*/s/ C. Maison Heidelberg*
C. MAISON HEIDELBERG, MB #9559
*Attorney for the Defendants*

OF COUNSEL:

HEIDELBERG PATTERSON WELCH PLLC
207 W. Jackson Street, Suite 200
Ridgeland, MS 39157
601-790-1584 (Direct)
601-790-1588 (General)
mheidelberg@hpwlawgroup.com

2

## CERTIFICATE OF SERVICE

I, C. Maison Heidelberg, attorney for the Defendants, do hereby certify that I have this day

served a true and correct copy of the above and foregoing document via the court's electronic filing

system on the following:

> Joe N. Tatum
> TATUM & WADE, PLLC
> P.O. Box 22688
> Jackson, MS  39225-2688

THIS, the 11th day of January, 2020.

/s/ C. Maison Heidelberg
C. MAISON HEIDELBERG

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

SURINDER SINGH                                                          PLAINTIFF

VS.                                                    CIVIL ACTION NO. 20-269

B4B TRUCKS, INC. a/k/a A ONE TRANSPORT                   DEFENDANTS
AND POONI  SINGH

## SCHEDULING ORDER

To provide for the regular and orderly progression of the above styled and

numbered cause, it is hereby **ORDERED**:

1.   That counsel shall complete all discovery not later than June 1, 2021.

2.   That Plaintiffs' experts, including  expert opinions shall be designated on
     or before April 1, 2021.

3.   That Defendant's experts, including expert opinions shall be designated
     on or before May 1, 2021.

4.   That all motions, with the exception of evidentiary *in limine* motions, shall
     be served not later than July 1, 2021.

5.   That a deadline for motions *in limine* will be specified in the trial calendar
     or in the final Pretrial Order entered in this cause.

6.   That mediation shall be conducted at least thirty (30) days prior to trial.

7.   That a proposed Pretrial Order shall be delivered to the undersigned
     Judge five (5) days before the pretrial conference.

8.   That jury instructions shall be filed five (5) days prior to trial.

9.   This case is set for trial on September 7, 2021 from day to day until
     completed.

**ORDERED**, this the 27th day of January, 2021.

_____
CIRCUIT COURT JUDGE

PRESENTED BY:

_____
JOE N. TATUM, MSB #10308
ATTORNEY FOR PLAINTIFF

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

SURINDER SINGH                                                                        PLAINTIFF

VS.                                                                    CIVIL ACTION NO. 2020-269

B4B TRUCKS, INC. A/K/A A ONE TRANSPORT                              DEFENDANTS
AND POONI  SINGH

## NOTICE OF RETENTION OF ORIGINAL DISCOVERY PLEADINGS

TO:   Zack Wallace, Clerk
      Circuit Court of Hinds County
      P. O. Box 327
      Jackson, MS 39205

      PLEASE TAKE NOTICE that Plaintiff is serving contemporaneously with this

notice, a copy of Plaintiff's Responses to Defendants' First Request for Admissions,

and, pursuant to the local rules of the Circuit Court of Hinds County, Mississippi, we

have retained in our office the originals of said discovery pleadings.

                                          RESPECTFULLY SUBMITTED,

                                          SURINDER SINGH

                              BY:   /S/ JOE N. TATUM_____
                                    JOE N. TATUM (MSB #10308)

COUNSEL FOR PLAINTIFF:

JOE N. TATUM, MSB #10308
TATUM  & WADE, PLLC
POST OFFICE BOX 22688
JACKSON, MS  39225-2688
(601) 948-7770
(601) 948-1551(FAX)
JNTATUM@AOL.COM

## CERTIFICATE OF SERVICE

I, Joe N. Tatum, Attorney for Plaintiff, certify that I electronically filed the foregoing with Clerk of the Court using the MEC system which sent notification of such filing to the following:

> C. Maison Heidelberg, Esquire
> Heidelberg Patterson Welch, PLLC
> 207 West Jackson Street, Suite 200
> Ridgeland, MS 39157

This the 5th day of February, 2021.

/S/ JOE N. TATUM
JOE N. TATUM