IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
NORTHERN DIVISION

**SURINDER SINGH**  **PLAINTIFF**

VS.  CIVIL ACTION NO. 3:21-CV-164-CWR-LGI

**B4B TRUCKS, INC.** *also known as*
**A ONE TRANSPORT; POONI SINGH**  **DEFENDANTS**

### AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

BEFORE THE COURT is the motion *ore tenus* of the Plaintiff, Surinder SIngh, joined by Defendants, B4B Trucks, Inc. a/k/a A One Transport and Pooni Singh, seeking dismissal of this action *with prejudice* and the Court, being advised that the parties have resolved this dispute in its entirety and further being advised that Plaintiff agrees to entry of this judgment of dismissal *with prejudice*, finds that said motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this action is dismissed in its entirety with full prejudice, with each party to bear their own costs.

SO ORDERED, this the 19th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO:

_____
Joe N. Tatum (MB: 10308)
TATUM & WADE, PLLC
P.O. Box 22688
Jackson, MS 39225-2688
*Attorneys for Plaintiff*
*Surinder Singh*

_____
C. MAISON HEIDELBERG, MB #9550
HEIDELBERG PATTERSON
WELCH WRIGHT
368 Highland Colony Parkway
Ridgeland, MS 39157
mheidelberg@hpwlawgroup.com
*Attorney for Defendants*

1